1 | JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | AMY J. NELSON (OKBN 19898)
Special Assistant United States Attorney

5

6 | Defense Language Institute – Criminal Law
1336 Plummer Street, Building 275
Monterey, CA 93944

7 | Telephone: (831) 242-4537

8 | Attorneys for Plaintiff

E-FILING

**Filed**

FEB 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR-08 00127 PVT

| UNITED STATES OF AMERICA, | ) Criminal No.: |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 USC § 13, assimilating California Penal Code § 12031(a)(1) - Carrying a Loaded Firearm (2 violations); 18 USC § 13, assimilating California Penal Code § 12025(a)(3) – Carrying a Concealed Firearm (2 violations) |
| vs. | |
| GREGORY JOSEPH GARCIA, | |
| Defendant. | |

### INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 13, assimilating California Penal Code §12031(a)(1) - Carrying a Loaded Firearm)

On or about September 1, 2007, at the main gate, Fort Hunter Liggett, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

GREGORY JOSEPH GARCIA,

1

did unlawfully carry a loaded firearm, in a vehicle while on a public street in a prohibited area of unincorporated territory, in violation of Title 18, United States Code, Section 13, assimilating California Penal Code Section 12031(a)(1), a Class A misdemeanor.

COUNT TWO: (18 U.S.C. §13, assimilating California Penal Code §12031 (a) (1) - Carrying a Loaded Firearm)

On or about September 1, 2007, at the main gate, Fort Hunter Liggett, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

GREGORY JOSEPH GARCIA,

did unlawfully carry a loaded firearm, in a vehicle while on a public street in a prohibited area of unincorporated territory, in a vehicle while on a public street in a prohibited area of unincorporated territory, in violation of Title 18, United States Code, Section 13, assimilating California Penal Code Section 12031(a)(1), a Class A misdemeanor.

COUNT THREE: (18 U.S.C. §13, assimilating California Penal Code § 12025(a)(3) - Carrying a Concealed Weapon)

On or about September 1, 2007, at the main gate, Fort Hunter Liggett, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

GREGORY JOSEPH GARCIA,

did unlawfully carry concealed within a vehicle in which he was an occupant, a firearm capable of being concealed upon the person, in violation of Title 18, United States Code, Section 13, assimilating California Penal Code Section 12025(a)(3), a Class A misdemeanor.

//

//

//

COUNT FOUR: (18 U.S.C. §13, assimilating California Penal Code Section 12025(a)(3) – Carrying a Concealed Weapon)

On or about September 1, 2007, at the main gate, Fort Hunter Liggett, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

GREGORY JOSEPH GARCIA,

did unlawfully carry concealed within a vehicle in which he was an occupant, a firearm capable of being concealed upon the person, in a vehicle while on a public street in a prohibited area of unincorporated territory, in violation of Title 18, United States Code, Section 13, assimilating California Penal Code Section 12025(a)(3), a Class A misdemeanor.

DATED: 2/21/08

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID CALLAWAY
Assistant United States Attorney

(Approved as to form: _____)
Amy Nelson, SAUSA

**E-FILING**

**Filed**

AO 257 (Rev. 9/92)

FEB 2 9 2008

PER 18 U.S.C. 3170

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Judge Location (City): SAN JOSE
Northern District of California

**CR-08 00127 PVT**

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

DEFENDANT — U.S. vs.
▶ Gregory Joseph Garcia

Address: 1481 N. Salisbury Street, Porterville, CA 93257

Birth Date: ▓▓▓▓▓▓  ☑ Male  ☐ Female  ☐ Alien (if applicable)
(Optional unless a juvenile)

Place of offense: Fort Hunter Liggett, CA
U.S.C. Citation: See attached sheet

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any):

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.   Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Scott N. Schools
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Amy J. Nelson, SAUSA

**DEFENDANT**

IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District) Northern District of California, FHL PD

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed: Mo. Day Year

DATE OF ARREST ▶
Or . . . if Arresting Agency & Warrant were not Federal  Mo. Day Year

DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Process: Summons for Arraignment

To appear before Judge Lloyd on April 7, 2008 at 9:30 am
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

## ATTACHMENT TO PENALTY SHEET
## U.S. v. GREGORY JOSEPH GARCIA

**Count 1:** 18 USC Sec. 13 assimilated crimes act, California Penal Code 12031 (a) (1) – Carrying a Loaded Firearm.

      Penalties:    Mandatory Minimum: N/A
                          Maximum Penalties:
                              One year imprisonment
                              $1000.00 fine
                              Or by both imprisonment and fine

**Count 2:** 18 USC Sec. 13 assimilated crimes act, California Penal Code 12031 (a) (1) – Carrying a Loaded Firearm.

      Penalties:    Mandatory Minimum: N/A
                          Maximum Penalties:
                              One year imprisonment
                              $1000.00 fine
                              Or by both imprisonment and fine

**Count 3:** 18 USC Sec. 13 assimilated crimes act, California Penal Code 12025 (a) (3) – Carrying a Concealed Firearm.

      Penalties:    Mandatory Minimum: N/A
                          Maximum Penalties:
                              One year imprisonment
                              $1000.00 fine
                              Or by both imprisonment and fine

**Count 4:** 18 USC Sec. 13 assimilated crimes act, California Penal Code 12025 (a) (3) – Carrying a Concealed Firearm.

      Penalties:    Mandatory Minimum: N/A
                          Maximum Penalties:
                              One year imprisonment
                              $1000.00 fine
                              Or by both imprisonment and fine