1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
         Defense Language Institute – Criminal Law
6        1336 Plummer Street, Building 275
         Monterey, CA  93944
7        Telephone: (831) 242-4537
         FAX: (831) 242-5198
8
   Attorneys for Plaintiff
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                SALINAS DIVISION

13 UNITED STATES OF AMERICA,           )   No.  CR-08-00127-PVT
                                       )
14              Plaintiff,             )
                                       )
15         vs.                         )   MOTION AND ORDER
                                       )   FOR AMENDED SUMMONS
16 GREGORY JOSEPH GARCIA               )
                                       )
17              Defendant.             )
                                       )
18

19      The Government hereby requests that an amended summons be issued for the above

20 named defendant.

21      The defendant has stated that he will not be available for the original arraignment date,

22 due to his recovery from surgery. The Government requests that the time, date, and location of

23 initial hearing, in the above captioned matter, be rescheduled to 2 June, 2008 at 9:30 AM at the

24 United States Bankruptcy Court, Building 214, 1000 Main Street, Salinas, California.  The

25 defendant's current address is 1481 N. Salisbury St., Porterville, California 93257.

26

                                          1

1  The Government makes this request based on the charges specified in the Information
2  filed with the Court on 3 March 2008, which were two counts of Title 18, United States Code,
3  Section 13, assimilating California Penal Code Section 12031(a)(1) – Carrying a Loaded Firearm
4  and two counts Title 18, United States Code, Section 13, assimilating California Penal Code
5  Section 12025(a)(3) – Carrying a Concealed Weapon.

JOSEPH P. RUSSONIELLO
United States Attorney

_____/S/_____
ROBERT N. MICHAELS
Special Assistant United States Attorney

## **ORDER**

Based on the government's motion and good cause appearing,

IT IS HEREBY ORDERED that an amended summons be issued for the above named defendant.

Dated: _____2008    _____
HOWARD R. LLOYD
United States Magistrate Judge