1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney          **FILED**
5
        Defense Language Institute – Criminal Law     MAR 2 8 2008
6       1336 Plummer Street, Building 275
        Monterey, CA  93944                           RICHARD W. WIEKING
7       Telephone: (831) 242-4537                     CLERK, U.S. DISTRICT COURT
        FAX: (831) 242-5198                           NORTHERN DISTRICT OF CALIFORNIA
8                                                     SAN JOSE

   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        SALINAS DIVISION

13  UNITED STATES OF AMERICA,       )    No.  CR-08-00127-PVT
                                     )
14            Plaintiff,             )
                                     )
15       vs.                         )    ~~MOTION AND~~ ORDER
                                     )    FOR AMENDED SUMMONS
16  GREGORY JOSEPH GARCIA            )
                                     )
17            Defendant.             )
                                     )
18  _____

19       The Government hereby requests that an amended summons be issued for the above

20  named defendant.

21       The defendant has stated that he will not be available for the original arraignment date,

22  due to his recovery from surgery. The Government requests that the time, date, and location of

23  initial hearing, in the above captioned matter, be rescheduled to 2 June, 2008 at 9:30 AM at the

24  United States Bankruptcy Court, Building 214, 1000 Main Street, Salinas, California. The

25  defendant's current address is 1481 N. Salisbury St., Porterville, California 93257.

26

1    The Government makes this request based on the charges specified in the Information

2 filed with the Court on 3 March 2008, which were two counts of Title 18, United States Code,

3 Section 13, assimilating California Penal Code Section 12031(a)(1) – Carrying a Loaded Firearm

4 and two counts Title 18, United States Code, Section 13, assimilating California Penal Code

5 Section 12025(a)(3) – Carrying a Concealed Weapon.

6

7                 JOSEPH P. RUSSONIELLO
                United States Attorney

8

9

10                 ROBERT N. MICHAELS
                Special Assistant United States Attorney

11

12                      **ORDER**

13

14 Based on the government's motion and good cause appearing,

15       IT IS HEREBY ORDERED that an amended summons be issued for the above

named defendant.

16

17

18 Dated: _____3/28_____ 2008

19                   HOWARD R. LLOYD
                  United States Magistrate Judge

20

21

22

23

24

25

26