1   JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CASBN 163973)
3   Chief, Criminal Division

4   ROBERT N. MICHAELS (PABN 200918)
    Special Assistant United States Attorney
5
            Defense Language Institute – Criminal Law
6           1336 Plummer Street, Building 275
            Monterey, CA  93944
7           Telephone: (831) 242-4537
            FAX: (831) 242-5198
8
    Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SALINAS DIVISION

13  UNITED STATES OF AMERICA,          )   Criminal No.: CR-08-00127-PVT
                                       )
14          Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                       )   ORDER EXCLUDING TIME
15      vs.                            )
                                       )
16  GREGORY JOSEPH GARCIA,             )
                                       )
17          Defendant.                 )
                                       )
18  _____  )

19      On June 2, 2008, the parties in this case appeared before the Court for a status hearing.  The

20  parties jointly requested that the case be continued from June 2, 2008, until August 4, 2008 at

21  9:30 a.m., in order to allow time for defendant to deal with health issues, and defendant's counsel

22  to review the case information.  In addition, the parties requested an exclusion of time under the

23  Speedy Trial Act, from June 2, 2008 to August 4, 2008 at 9:30 a.m.  The parties agree and

24  stipulate that an exclusion of time is appropriate based on the defendant's need for effective

25  preparation of counsel.

26
                                            1
    STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
    CASE NO: CR-08-00127-PVT

1   SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
2

3
    DATED: 5 June 2008                              /S/
4                                          ROBERT N. MICHAELS
                                           Special Assistant United States Attorney
5

6
    DATED:                                          /S/
7                                          NICK HUMY
                                           Counsel for GREGORY JOSEPH GARCIA
8

9

10                                         ORDER

11      Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

12  under the Speedy Trial Act from June 2, 2008 to August 4, 2008.  The Court finds, based on the

13  aforementioned reasons, that the ends of justice are served by granting the requested continuance

14  and outweigh the best interest of the public and the defendant in a speedy trial.  The failure to

15  grant the requested continuance would deny defense counsel reasonable time necessary for

16  effective preparation, taking into account the exercise of due diligence, and would result in a

17  miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made

    under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).
18
    SO ORDERED.
19

20
    DATED:_____
21                                         RICHARD SEEBORG
                                           United States Magistrate Judge
22

23

24

25

26
                                           2
    STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
    CASE NO: CR-08-00127-PVT