JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA  93944
    Telephone: (831) 242-4537
    FAX: (831) 242-5198

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: CR-08-00127-PVT |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| vs. ) | |
| GREGORY JOSEPH GARCIA, ) | |
|     Defendant. ) | |

    On June 2, 2008, the parties in this case appeared before the Court for a status hearing. The parties jointly requested that the case be continued from June 2, 2008, until August 4, 2008 at 9:30 a.m., in order to allow time for defendant to deal with health issues, and defendant's counsel to review the case information. In addition, the parties requested an exclusion of time under the Speedy Trial Act, from June 2, 2008 to August 4, 2008 at 9:30 a.m. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                      JOSEPH P. RUSSONIELLO
                                    United States Attorney


DATED: 5 June 2008                         /S/
                                    ROBERT N. MICHAELS
                                    Special Assistant United States Attorney



DATED:                                     /S/
                                    NICK HUMY
                                    Counsel for GREGORY JOSEPH GARCIA



ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from June 2, 2008 to August 4, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 6/20/08                      _____
                                    RICHARD SEEBORG
                                    United States Magistrate Judge